FILED: January 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2216

(2:12-cv-06925)

_____

HUBERT LOWE; MANUEL OJEDA; CARL EGNOR; JAMES SMITH; KEVIN LUTHEY; RONALD PAULEY; MARK AQUILAR; BRUCE MILLER; INTERNATIONAL UNION, UNITED MINE WORKERS OF AMERICA

       Plaintiffs - Appellants

v.

PEABODY HOLDING COMPANY, LLC; PEABODY ENERGY CORPORATION; ARCH COAL, INC.

       Defendants - Appellees

_____

O R D E R

_____

The court grants the joint motion for extension of time and extends the deadline for filing the status reports to 02/14/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk